**DAVID A. GALLO & ASSOCIATES LLP**
Attorneys for Bank of America, N.A.
Robyn E. Goldstein, Esq.
99 Powerhouse Road- First Floor
Roslyn Heights, NY 11577

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (Central Islip)

| | |
|---|---|
| In re:<br><br>Vincent Pellegrino<br>Maryann Pellegrino<br><br>                    Debtors. | Case No.: 18-78379-ast<br><br>Chapter 13 |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**TO THE CLERK OF THE BANKRUPTCY COURT**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned Chapter 13 case on behalf of Bank of America, N.A., secured creditor, and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and requests that all notices given or required to be given, and all papers served or required to be served in the above-captioned Chapter 13 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, application, lists, schedules, statements and all other matters arising in this Chapter 13 case or in any related adversary proceeding be served upon:

> David A. Gallo & Associates LLP
> 99 Powerhouse Road- First Floor
> Roslyn Heights, NY 11577
> Attn:    Robyn E. Goldstein, Esq.
> Telephone Number:  (516) 583-5330
> Facsimile: (516) 583-5333
> Email: rgoldstein@msgrb.com

-1-

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtor in the above-captioned Chapter 13 case or any property of the Debtor.  This appearance and request for notice is without prejudice to the rights remedies and claims of Bank of America, N.A. against other entities or any objection by Bank of America, N.A. that may be made to the subject matter jurisdiction of the Court or the propriety of the venue herein and shall not be deemed or construed to submit Bank of America, N.A. to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated:  December 18, 2018           **DAVID A. GALLO & ASSOCIATES LLP**
       Nassau, New York                 Attorneys for Bank of America, N.A.
                                                  By: */s/ Robyn E. Goldstein, Esq.*
                                                    Robyn E. Goldstein, Esq.
                                             99 Powerhouse Road- First Floor
                                             Roslyn Heights, NY 11577
                                             Telephone Number:  (516) 583-5330
                                             Facsimile: (516) 583-5333

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (Central Islip)

| | |
|---|---|
| In re:<br><br>Vincent Pellegrino<br>Maryann Pellegrino<br><br>Debtors. | Case No.: 18-78379-ast<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE BY MAIL**
STATE OF NEW YORK COUNTY OF NASSAU SS.:

I, the undersigned, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in East Meadow, New York.

On **December 18, 2018,** I served the within **NOTICE OF APPEARANCE**, by mailing a copy to each of following persons at the last known address as set forth below:

TO:

*Debtor*
**Vincent Pellegrino**
70 Lauren Avenue
Dix Hills, NY 11746

*Joint Debtor*
**Maryann Pellegrino**
70 Lauren Avenue
Dix Hills, NY 11746

*Trustee*
**Marianne DeRosa**
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

**Cooper J Macco**
Richard L. Stern, PC
2950 Express Drive South
Suite 109
Islandia, NY 11749

*U.S. Trustee*
**United States Trustee**
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

*/s/Catherine Galiano*
Catherine Galiano

Sworn to before me this 18th day of December, 2018

*/s/Robyn E. Goldstein*
Notary Public, State of New York
No. 01SW6008645
Qualified in Nassau County
My Commission Expires on June 15, 2022

-3-